GENERAL INSURANCE COMPANY OF AMERICA, Movant,

v.

Harvey NISLEY, Respondent.

CITIZENS INSURANCE COMPANY OF NEW JERSEY, Movant,

v.

Harvey NISLEY, Respondent.

UNITED STATES FIDELITY AND GUARANTY COMPANY, Movant,

v.

Harvey NISLEY, Respondent.

Court of Appeals of Kentucky.

Nov. 17, 1960.

BIRD, Chief Justice.

These causes came on to be heard on motions for appeals pursuant to RCA 1.180, and the Court, having considered the matters, is of the opinion that the motions should be and they are hereby overruled.

It is so ordered.